# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, Plaintiffs,
v.
Vulcan Chain Corporation, a Michigan corporation, Defendant.

Case Number:
**FILED: JULY 17, 2008**
**08CV4051**
**JUDGE KENDALL**
**MAGISTRATE JUDGE KEYS**
**AEE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund
and Howard McDougall, Trustee

| | |
|---|---|
| NAME (Type or print) Cathy L. Rath | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Cathy L. Rath | |
| FIRM Central States Law Department | |
| STREET ADDRESS 9377 W. Higgins Road | |
| CITY/STATE/ZIP Rosemont, IL 60018-4938 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06275744 | TELEPHONE NUMBER (847) 518-9800, Ext. 2343 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |