# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, Plaintiffs, v. Vulcan Chain Corporation, a Michigan corporation, Defendant. | FILED: JULY 17, 2008<br>08CV4051<br>JUDGE KENDALL<br>MAGISTRATE JUDGE KEYS<br>AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund
and Howard McDougall, Trustee

| NAME (Type or print) |
|---|
| John J. Franczyk, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ John J. Franczyk, Jr. |
| FIRM |
| Central States Law Department |
| STREET ADDRESS |
| 9377 W. Higgins Road |
| CITY/STATE/ZIP |
| Rosemont, IL 60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06224947 | (847) 518-9800, Ext. 3464 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐