## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br><br>Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, Trustee, Plaintiffs,<br>v.<br>Vulcan Chain Corporation, a Michigan corporation, Defendant. | Case Number:<br>**FILED: JULY 17, 2008**<br>**08CV4051**<br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE KEYS**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund
and Howard McDougall, Trustee

| |
|---|
| NAME (Type or print)<br>Anthony Napoli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Anthony Napoli |
| FIRM<br>Central States Law Department |
| STREET ADDRESS<br>9377 W. Higgins Road |
| CITY/STATE/ZIP<br>Rosemont, IL 60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06210910 | TELEPHONE NUMBER<br>(847) 518-9800, Ext. 3702 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |