*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____                Assigned/Issued  By: AEE

Judge Name: KENDALL                       Designated Magistrate Judge: KEYS

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                 ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
                                          _____
☐ Wage-Deduction Garnishment Summons      _____
                                          *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                          ☐ Other
☐ Writ _____             _____
      **(Type of Writ)**                  _____
                                          **(Type of issuance)**

_____Original and _____ copies on _____ as to _____
                                   (Date)
_____

_____