AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND and
HOWARD MCDOUGALL, Trustee, Plaintiffs,

CASE NUMBER: 08CV4051

V.

ASSIGNED JUDGE: JUDGE KENDALL

VULCAN CHAIN CORPORATION, a
Michigan corporation

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE KEYS

TO: (Name and address of Defendant)

Vulcan Chain Corporation
c/o Scott Silberman, Registered Agent
14300 Schaefer Highway
Detroit, MI 48227

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

July 17, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-30-08 |

| NAME OF SERVER (PRINT) Hana Alazazi | TITLE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 14300 Schaefer Hwy Detroit, MI 48227

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-30-08
             Date          Signature of Server

22670 Goddard Rd. Taylor M. 48180
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.