UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND,
And HOWARD McDOUGALL, Trustee,

       Plaintiffs,

v.

VULCAN CHAIN CORPORATION, a
Michigan Corporation,

       Defendant.
_____/

Filed: July 17, 2008
08CV4051
Assigned Judge: Virginia Kendall
Designated Magistrate Judge:
  Arlander Keys

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to ND Illinois LR 3.2, Defendant, Vulcan Chain Corporation, makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Name of Financial Interest:

Date:  August 20, 2008

s/Christopher B. McMahon
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Defendant
70 West Madison Street, Suite 1400
Chicago, Illinois  60602
312.214.3175
cmcmahon@swappc.com
P230787

W0662754/A40-111462